SIMON APPLEBAUM, Respondent, *v.* DAVID NAIBERG, Doing Business as BRIGHTON CLEANERS, Appellant.

Supreme Court, Appellate Term, Second Department, March 16, 1950.

*Henry Gallop* for appellant.

*Joseph Goldstein* for respondent.

*Per Curiam.* It was error to assess damages upon the theory that the entire garment was rendered worthless in the process of dry cleaning. The evidence does not support such a finding. The proper measure of damages in this case is the difference between the value of the suit as delivered to defendant and its actual value in the condition in which it was returned. (*Beyer*

v. *Kramer*, N. Y. L. J., Jan. 24, 1949, p. 285, col. 6; *Gardner* v. *Gildenblatt*, N. Y. L. J., Dec. 22, 1943, p. 1867, col. 4; 1 Clark on New York Law of Damages, § 185, p. 312.)

The judgment should be unanimously reversed upon the law and a new trial granted, with $10 costs to defendant to abide the event.

STEINBRINK, RUBENSTEIN and COLDEN, JJ., concur.

Judgment reversed, etc.